UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARILIA EXAVIER,

    Plaintiff,

v.                                                  Case No: 2:14-cv-246-FtM-38CM

WALMART ASSOCIATES, INC., ROBERT BOB GALLOWAY and JANE DOE,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the Court's Order Dismissing the Plaintiff's Amended Complaint (Doc. #7) issued on June 30, 2014. In its Order dismissing the Plaintiff's Amended Complaint, the Court gave the Plaintiff, Arilia Exavier, up to and including July 21, 2014, to file a second amended complaint or have her case dismissed. The time to file has now expired and the Plaintiff has failed to file a second amended complaint or seek an extension of time. Therefore, the case will be dismissed and the file closed.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The Clerk of the Court shall **DISMISS** the case, enter judgment accordingly, terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of July, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record